BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANWEST BANK, a Washington state chartered bank, successor by merger to PREMIERWEST BANK, an Oregon banking corporation;<br><br>                Plaintiff,<br><br>    v.<br><br>OWEN NATHAN MATTHEWS, an individual; DEBRA G. MATTHEWS, an individual; FARM SERVICE AGENCY, an agency of the United States Department of Agriculture; MARIA CONTRERAS-SWEET, Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, an agency of the United States of America; and MACY'S FLYING SERVICE, INC., a California corporation;<br><br>                Defendants. | Case No. 2:14-CV-00304-LKK-CMK<br><br>UNITED STATES' NOTICE OF SUBSTITUTION OF PARTY<br>[Fed. R. Civ. P. 25(d)] and ORDER |

PLEASE TAKE NOTICE, that Maria Contreras-Sweet was confirmed as the Administrator of the United States Small Business Administration on or about April 7, 2014. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Maria Contreras-Sweet is, therefore, automatically substituted in lieu of Jeanne A. Hulit as a defendant in this suit.

                                              Respectfully submitted,

////

////

DATED: April 11, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Federal Defendants

### ORDER

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Maria Contreras-Sweet, who has been confirmed as the Administrator of the U.S. Small Business Administration, is substituted in lieu of Jeanne A. Hulit as a defendant in this suit. The Clerk of the Court shall update the docket accordingly.

IT IS SO ORDERED.

DATED: April 14, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT