UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANWEST BANK, a Washington state chartered bank, successor by merger to PREMIERWEST BANK, an Oregon banking corporation,,<br><br>      Plaintiff,<br><br>  v.<br><br>OWEN NATHAN MATTHEWS, an individual; DEBRA G. MATTHEWS, an individual; FARM SERVICE AGENCY, an agency of the United States Department of Agriculture; JEANNE A. HULIT, acting Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, an agency of the United States of America; and MACY'S FLYING SERVICE, INC., a California corporation,<br><br>      Defendant. | No.  CIV. S-14-304 LKK/CMK<br><br>**ORDER** |

    This matter is set for status conference on April 21, 2014. On April 7, 2014, plaintiff and the federal defendants each filed status reports. In its status report (ECF No. 13), plaintiff represents that defendant Macy's Flying Service, Inc.'s (MFS)

1

response to the complaint was due April 14, 2014. To date, MFS has not responded to the complaint or otherwise appeared in the action. Plaintiff also represents that the response of defendants Owen Nathan Matthews and Debra G. Matthews (Borrowers) is due April 21, 2014, the date presently set for status conference. The Borrowers have not yet appeared in the action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Initial status conference in this matter is reset to June 2, 2014 at 2:00 p.m.

2. All parties shall comply with all provisions of the court's January 30, 2014 Order Setting Status (Pretrial Scheduling) Conference (ECF No. 5) in connection therewith.

3. Plaintiff and the federal defendants shall file updated status reports. Plaintiff shall include in its status report any relevant updates concerning the appearance or non-appearance of MFS and Borrowers.

IT IS SO ORDERED.

DATED: April 17, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2